UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 19-CV-24278-HUCK
(CASE NO.: 16-CR-20795-HUCK)

**CEFALO LEWIS**,

    Movant,

v.

**UNITED STATES OF AMERICA**,

    Respondent.

_____/

**ORDER DENYING MOTION FOR CERTIFICATE OF APPEALABILITY**

THIS MATTER is before the Court upon Petitioner's Motion for Certificate of Appealability [D.E. #12], construed from his Notice of Appeal, [D.E. #11], filed on April 29, 2020, from the Court's order denying his motion under 28 U.S.C. § 2255 to vacate, set aside, or correct his sentence [D.E. # 9].

Pursuant to 28 U.S.C. § 2253(c), an appeal may not be taken from a final order in a habeas corpus proceeding unless a Certificate of Appealability is issued. The certificate must contain a finding that the applicant has made a substantial showing of the denial of a constitutional right and must indicate which specific issue or issues satisfy the required showing. Applying these standards, the Court finds that there is no substantial showing of a denial of a constitutional right. Accordingly, it is hereby

ORDERED AND ADJUDGED that a Certificate of Appealability SHALL NOT ISSUE.

DONE AND ORDERED in Chambers in Miami, Florida, this 22nd day of May 2020.

 

_____
Paul C. Huck
United States District Judge

CC: All Counsel of Record

Cefalo Lewis

09574-104
Coleman Medium
Federal Correctional Institution
Inmate Mail/Parcels
Post Office Box 1032
Coleman, FL 33521
PRO SE